UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENA TO NON-PARTY JOURNALIST CARL PRINE** | Miscellaneous Action No. _____<br><br>**ORAL ARGUMENT REQUESTED** |

**MOTION OF NON-PARTY JOURNALIST CARL PRINE
TO QUASH SUBPOENA
OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Pursuant to Rule 45(d) of the Federal Rules of Civil Procedure, non-party journalist Carl Prine, by and through undersigned counsel, respectfully moves to quash the August 29, 2022 subpoena for his deposition testimony, which was issued by counsel for Steven Shaw, plaintiff in *Shaw v. Del Toro, et al.*, Civil Action No. 20-cv-410, a civil lawsuit currently pending before the U.S. District Court for the District of Columbia (hereinafter the "Shaw Lawsuit"). In the alternative, Prine seeks a protective order circumscribing the scope of any testimony he is compelled to provide in order to protect his newsgathering and reporting work product, including his communications with sources. Prine is a resident of Hamilton County, Indiana; this Court is therefore the appropriate venue for this Motion pursuant to Rule 45(d)(3)(A).[1]

The subpoena issued to Prine is unduly burdensome, Fed. R. Civ. P. 45(d)(3)(A)(iv), and it seeks the disclosure of information protected by the reporter's privilege under the First Amendment and common law, Fed. R. Civ. P. 45(d)(3)(A)(iii), and by statutory journalist shield

---

[1] All references herein to the "Rules" are to the Federal Rules of Civil Procedure unless otherwise stated.

laws in Indiana, Ind. Code Ann. § 34-46-4-1, *et seq.*, and the District of Columbia, D.C. Code § 16-4701, *et seq.*  Accordingly, for the reasons detailed in the Memorandum of Points and Authorities filed in support of this Motion, the Court should enter an order quashing the subpoena and awarding Prine his reasonable attorney's fees pursuant to Rule 45(d)(1).  *See Am. Soc. of Media Photographers, Inc. v. Google, Inc.*, No. 13 C 408, 2013 WL 1883204, at *6 (N.D. Ill. May 6, 2013); *Builders Ass'n of Greater Chicago v. City of Chicago*, No. 96 C 1122, 2002 WL 1008455, at *1 (N.D. Ill. May 13, 2002).  At minimum, in the alternative, the Court should enter a protective order restricting the subject matter of any deposition of Prine.

This Motion is based on the concurrently filed Memorandum of Points and Authorities, supporting Declarations of Katie Townsend and Carl Prine, all pleadings, records, and files in the above-captioned matter and the Shaw Lawsuit, all matters of which the Court shall take judicial notice, and on such argument as may be presented by counsel at any hearing on this Motion.

Counsel for Prine met and conferred with counsel for Shaw, the subpoena-issuing party, on September 14 and September 20, 2022.  Counsel for Shaw has stated Shaw will not withdraw the subpoena and that Shaw will oppose the relief sought by this Motion.

Dated:  September 21, 2022

        Respectfully submitted,

        */s/ Katie Townsend*
        Katie Townsend
        REPORTERS COMMITTEE
          FOR FREEDOM OF THE PRESS
        1156 15th St. NW, Ste. 1020
        Washington, D.C. 20005
        Telephone: (202) 795-9303
        Email: ktownsend@rcfp.org

        *Counsel for Non-Party Movant Carl Prine*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a copy of the Motion of Non-Party Journalist Carl Prine to Quash Subpoena or, in The Alternative for a Protective Order (the "Motion"), the concurrently filed brief in support of the Motion, the Declaration of Katie Townsend and exhibits thereto, and the Declaration of Carl Prine were filed electronically through the Court's Electronic Case Filling System.

I further certify that on September 22, 2022, a copy of the foregoing Motion, brief, and declarations were mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following, who are counsel of record in *Shaw v. Del Toro, et al.*, a case pending before the U.S. District Court for the District of Columbia (Civil Action No. 20-cv-410), in which Movant's testimony is sought:

**Eric Sebastian Montalvo**
Federal Practice Group Worldwide Service
1750 K Street, NW
Suite 900
Washington, DC 20006
*Counsel for Steven E. Shaw*

**Timothy Parlatore**
Parlatore Law Group LLP
One World Trade Center
Suite 8500
New York, NY 10007
*Counsel for Timothy C. Parlatre*

**Bradley Silverman**
**Brenda A. González Horowitz**
DOJ-USAO Civil Division
601 D Street NW
Washington, DC 20001
*Counsel for Carlos Del Toro, Kenneth Braithwaite, and Thomas Harker*

/s/ Katie Townsend
Katie Townsend

3