UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENA TO NON-PARTY JOURNALIST CARL PRINE** | No. 1:22-mc-109-RDM |

**[PROPOSED] ORDER**

Upon consideration of Movant Carl Prine's status report and all briefing and argument in the above-captioned matter, Movant is hereby ORDERED, within seven (7) days of the date of this Order, to file with the Court a declaration under penalty of perjury that provides his response to the following question posed by the Court during the December 20, 2022 motion hearing in the above-captioned matter: "Whether Mr. Prine told Mr. Parlatore that, according to Mr. Shaw, the notes that [Mr. Shaw] obtained came from the [Field Naval Aviator Evaluation Board ('FNAEB')]." Movant's written statement will not constitute waiver of any applicable privilege or protection from compelled testimony provided by D.C. Code §§ 16-4701–164704, the Federal Rules of Civil Procedure, or the law of any other jurisdiction.

It is further ORDERED that if Movant's answer to the question posed by the Court is 'no' (*i.e.*, if Movant avers under penalty of perjury that he did not tell "Mr. Parlatore that, according to Mr. Shaw, the notes that [Mr. Shaw] obtained came from the [Field Naval Aviator Evaluation Board ('FNAEB')]"), the Motion to Quash the deposition subpoena served upon Movant on August 29, 2022, is GRANTED and, for good cause shown, the parties to *Shaw v.*

*Del Toro, et al.*, Civil Action No. 20-cv-410, are prohibited from seeking any additional discovery from Movant.

_____  _____
Date                                                                         HON. RANDOLPH D. MOSS
                                                                             United States District Judge