UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENA TO NON-PARTY JOURNALIST CARL PRINE** | No. 1:22-mc-109-RDM |

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2023, Movant Carl Prine's Status Report and all attachments filed concurrently therewith were electronically filed using this Court's CM/ECF System. I further certify that the following counsel for Respondent Steven E. Shaw is a registered ECF filer and thus will be served by the CM/ECF system:

**Eric Sebastian Montalvo**
*Counsel for Respondent Steven E. Shaw*

I further certify that on January 4, 2023, I served the following recipient with a copy of Movant Carl Prine's Status Report and all attachments filed concurrently therewith by First Class U.S. Mail and email:

**Timothy Parlatore**
Parlatore Law Group LLP
One World Trade Center
Suite 8500
New York, NY 10007
timothy.parlatore@parlatorelawgroup.com

Dated: January 4, 2023

*/s/ Lin Weeks*
Katie Townsend
DC Bar No. 1026115
Email: ktownsend@rcfp.org

Lin Weeks
DC Bar No. 1686071
Email: lweeks@rcfp.org
REPORTERS COMMITTEE FOR
   FREEDOM OF THE PRESS
1156 15th St. NW, Ste. 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202)795-9310

*Counsel for Movant Carl Prine*