UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the matter of:**<br><br>**MOTION TO QUASH SUBPOENA TO NON-PARTY JOURNALIST CARL PRINE** | No. 1:22-mc-109-RDM |

### DECLARATION OF CARL PRINE

I, Carl Prine, declare as follows:

1. I am a journalist currently employed as a Senior Editor at Coffee or Die Magazine, a news and lifestyle magazine that covers stories about and for the military, first responders, veterans, and coffee enthusiasts. Prior to joining Coffee or Die Magazine, I was an editor for the Navy Times, a print and digital periodical owned by Sightline Media Group that provides independent journalism covering all branches of the U.S. Military. I left the Navy Times in July 2020. I submit this declaration in response to the Court's Order dated January 17, 2022 and in support of my Motion to Quash the August 29, 2022 deposition subpoena served on me by Steven E. Shaw in connection with *Shaw v. Del Toro, et al.*, Civil Action No. 20-cv-410.

2. In connection with my work for Navy Times, I spoke with Timothy Parlatore by telephone at some point during the last six months of 2019 about a copy of portions of a document the Navy Times had obtained that was written by a client of Mr. Parlatore's, Marine Corps Lieutenant Colonel Michael Nesbitt (hereinafter, the "Notebook").

3. I did <u>not</u> tell Mr. Parlatore that, according to Mr. Shaw, the Notebook that Mr. Shaw obtained came from the Field Naval Aviator Evaluation Board (FNAEB).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2022, in Westfield, Indiana.

_____
Carl Prine